THE HOWARD CARROLL. (Circuit Court of Appeals, Second Circuit. March 14, 1900.) No. 89. Appeal from the District Court of the United States for the Southern District of New York. Robt. D. Benedict, for appel-

lant. Wilhelmus Mynderse, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We have carefully examined the record in this cause, and have reached the conclusion that the decree of the district court be affirmed, with interest and costs.